IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TELINIT TECHNOLOGIES, LLC | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:14-cv-00369-RWS |
| | § | |
| ALTEVA, INC. | § | |
|     *Defendant.* | § | |

## REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on Wednesday, September 9, 2015, between Plaintiff, Telinit Technologies, LLC, and Defendant, Jive Communications, Inc. The mediation session has been suspended. The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 11th day of September 2015.

                                          */s/ David Folsom* _____
                                          David Folsom
                                          TXBN: 07210800
                                          JACKSON WALKER, LLP
                                          6002-B Summerfield Drive
                                          Texarkana, Texas 75503
                                          Telephone: (903) 255-3250
                                          Facsimile: (903) 255-3265
                                          E-mail: dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 11th day of September 2015. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                          */s/ David Folsom* _____
                                          David Folsom